**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Raaum Estates, a North Dakota General Partnership, effective January 1, 1989, by and through its Present Managing Partner, Joseph Dale Raaum a/k/a Dail Raaum, | ) ) ) ) | **ORDER** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Murex Petroleum Corporation, a foreign business corporation, licensed to do business in North Dakota, | ) ) ) | Case No. 4:14-cv-024 |
| | ) | |
| Defendant. | ) | |

The final pretrial conference set for September 22, 2015, and trial set for October 6, 2015, are cancelled. The court shall schedule a status conference with the parties as necessary to schedule a new trial date once it has disposed of their respective motions for summary judgment. In the interim, the parties may submit a proposed plan as to how they intend to address the request for punitive damages filed by plaintiff prior to removal of this action. If no plan is submitted, the court shall take this issue up with the parties at the aforementioned status conference.

**IT IS SO ORDERED.**

Dated this 1st day of September, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court