# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Raaum Estates, a North Dakota General Partnership, effective January 1, 1989, by and through its Present Managing Partner, Joseph Dale Raaum a/k/a Dale Raaum, | ) ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Murex Petroleum Corporation, a foreign business corporation, licensed to do business in North Dakota, | ) ) ) ) | Case No. 4:14-cv-024 |
| Defendant. | ) | |

Pursuant to its discussion with the parties at the close of trial, the court **ORDERS** that, upon receipt of the trial transcript, the parties shall have 30 days to file post-trial briefs. Thereafter, each party shall have 5 days to file a response to the other's post-trial brief.

Dated this 18th day of August, 2016.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court parties shall have