# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Raaum Estates, a North Dakota General Partnership, effective January 1, 1989, by and through its Present Managing Partner, Joseph Dale Raaum a/k/a Dale Raaum, | ) ) ) ) ) | |
| Plaintiff, | ) ) | **JUDGMENT** |
| vs. | ) ) | |
| Murex Petroleum Corporation, a foreign business corporation, licensed to do business in North Dakota, | ) ) ) ) ) | Case No. 4:14-cv-024 |
| Defendant. | ) | |

Pursuant to the court's Findings of Fact, Conclusions of Law, and Order for Judgment, it is

**ORDERED AND ADJUDGED** as follows:

1. Murex is permanently enjoined from using the saltwater unloading equipment, storage tanks, the injection pump and pumphouse, the truck unloading area (together with the property occupied by these facilities) in the SW ¼ of Section 15, Township 162 North, Range 101 West for the disposal of "off-lease" saltwater (i.e., saltwater that has not been generated by production wells or drilling activities on lands subject to the Gulf Lease) absent it obtaining an agreement from the Raaum Estates allowing for the same.

2. The Raaum Estates shall have judgment against Murex in the amount of $49,311.

Dated this 5th day of July, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
